**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1184**

VICTOR PERKINS,

Plaintiff - Appellant,

versus

MICHAEL BREDENBERG, United States Attorney,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-04-903-H)

Submitted:  June 9, 2005          Decided:  June 14, 2005

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor Perkins, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor Bernard Perkins appeals the district court order and judgment summarily dismissing his complaint alleging that 18 U.S.C. § 4246 (2000) is unconstitutional. We affirm on the basis of the reasoning of the district court. See Perkins v. Bredenberg, No. CA-04-903-H (E.D.N.C. Feb. 1, 2005). We also deny Perkins' motion for summary judgment and immediate release. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED